No. 86–416.   HARWOOD ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 9th Cir.   Certiorari denied.

No. 86–417.   GARDNER ET AL. *v.* EVANS, GOVERNOR OF IDAHO, ET AL.   Sup. Ct. Idaho.   Certiorari denied.

No. 86–450.   UNITED BROTHERHOOD OF CARPENTERS & JOINERS OF AMERICA, LOCAL UNION 201, AFL–CIO *v.* NATIONAL LABOR RELATIONS BOARD.   C. A. 10th Cir.   Certiorari denied.

No. 86–481.   CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND ET AL. *v.* WHITWORTH BROS. STORAGE Co.; and
No. 86–666.   WHITWORTH BROS. STORAGE CO. *v.* CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND ET AL.   C. A. 6th Cir.   Certiorari denied.   Reported below: 794 F. 2d 221.

No. 86–499.   TERRELL ET AL. *v.* ALEXANDER ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 86–518.   EVERGREEN TOWERS, INC. *v.* CITY OF EAST ORANGE ET AL.   Super. Ct. N. J., App. Div.   Certiorari denied.

No. 86–536.   GRAHAM ET AL. *v.* INDIANA.   Ct. App. Ind. Certiorari denied.

No. 86–550.   BECKHAM *v.* SUN NEWS ET AL.   Sup. Ct. S. C. Certiorari denied.

No. 86–604.   TOWNLEY, WARDEN, ET AL. *v.* CLARK.   C. A. 4th Cir.   Certiorari denied.

No. 86–607.   DIAMOND SHAMROCK CORP. *v.* HAMILTON ET AL. C. A. 10th Cir.   Certiorari denied.

No. 86–609.   CHAUFFEURS, TEAMSTERS & HELPERS LOCAL UNION NO. 238 *v.* CRST, INC.   C. A. 8th Cir.   Certiorari denied.

No. 86–614.   WELCH *v.* CARSON PRODUCTIONS GROUP, LTD. C. A. 2d Cir.   Certiorari denied.